COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Cynthia Goodie v. Madison Barnwell Partnership, Mr. Robert Barnwell, Wanda Barnwell, and Cathy Ulmer

Appellate case number:   01-13-00487-CV

Trial court case number:  2010-74865

Trial court:             215th District Court of Harris County

On July 3, 2013, appellant, Cynthia Goodie, filed a "Notice of Appeal—Pauper's Oath Affidavit" and a letter requesting that we review the trial court's June 24, 2013 order denying her affidavit of indigence. We construe Appellant's request as a motion challenging the trial court's denial of indigence under Texas Rule of Appellate Procedure 20.1(j)(1). *See* TEX. R. APP. P. 20.1(j)(1) ("If a trial court sustains a contest, the party claiming indigence may seek review of the court's order by filing a motion challenging the order with the appellate court without advance payment of costs."). The motion was filed within 10 days after the order sustaining the contest was signed. *See* TEX. R. APP. P. 20.1(j)(2). Nevertheless, the trial court clerk's record regarding indigence was not filed until July 23, 2013 and a reporter's record has not been filed. *See* TEX. R. APP. P. 20.1(j)(3) (requiring record to be filed within three days after motion challenging order sustaining contest is filed). As a result, we were unable to rule on the motion within 10 days after it was filed and the motion was granted by operation of law. *See* TEX. R. APP. P. 20.1(j)(4). Accordingly, appellant is entitled to proceed without advance payment of costs.

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the District Clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k).

It is further **ORDERED** that the Court Reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See id.*

Appellant's brief is **ORDERED** filed with this Court within 30 days after the later of the date the clerk's record is filed or the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date the appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Appellant's "Motion for Rehearing Default Judgment Denial of Pauper's Oath" is dismissed as moot.

It is so **ORDERED**.


Judge's signature: /s/ <u>Justice Jane Bland</u>

☒ Acting individually     ☐ Acting for the Court


Date:  February 4, 2014